UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE MILLER,

      Plaintiff(s),                        No. C 13-3120 PJH

     v.                                  **ORDER OF DISMISSAL**

BENCHMARK RECOVERY INC.,

      Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service on the opposing party thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time during this ninety-day period.

      **IT IS SO ORDERED**.

Dated: November 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge